IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 JAN 23 PM 5: 02

8:19CR24 OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

IAN BEALS,

Defendant.

INDICTMENT
18 U.S.C. § 922(g)(1) and 924(a)(2)

The Grand Jury Charges:

## COUNT I

On or about April 26, 2018, in the District of Nebraska, IAN BEALS, defendant herein, having been convicted on January 23, 2012, in the District Court of Douglas County, Nebraska, of a crime punishable by imprisonment for a term exceeding one year, to wit: burglary, did knowingly possess in and affecting commerce, a firearm which had been shipped and transported in interstate commerce, to wit: a Hi-Point Model C9 9mm Luger.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant United States Attorney